# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00116-CV

**Darren Richards, Appellant**

**v.**

**Whittlesey Landscape Supplies and Recycling, Inc. and Arlice Ray Hubble, Appellees**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-001032, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Darren Richards has filed a motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed: April 12, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).